UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION


| | |
|---|---|
| BOBBY JAMES MOSLEY, JR. ]<br>Plaintiff, ]<br> ]<br>v. ]<br> ]<br>STEVEN S. BOWDEN, et al. ]<br>Defendants. ] | No. 1:11-0044<br>Judge Trauger |

### O R D E R

On June 21, 2011, an order (Docket Entry No.5) was entered dismissing the instant *pro se* § 1983 prisoner action as untimely.

Since the entry of that order, the plaintiff has filed a Motion to Seal Document (Docket Entry No.6), a Notice of Appeal (Docket Entry No.10), and an application to proceed on appeal in forma pauperis (Docket Entry No.11).

In his Motion to Seal Document, the plaintiff seeks to have Exhibit 8 to his complaint, a criminal judgment form for an aggravated robbery conviction, sealed and replaced by a redacted copy of the form. Plaintiff's Motion to Seal Document and replace it with a redacted copy is GRANTED.

The plaintiff has neglected to sign his application to proceed on appeal in forma pauperis. Therefore, the Court can not yet rule upon the merits of the application. *See* Rule 11(a), Fed. R. Civ. P. (an unsigned pleading shall be stricken unless omission of the

signature is corrected promptly).

Accordingly, the Clerk is directed to return the plaintiff's unsigned application to him. The plaintiff shall sign the application and forward it to the Clerk's Office within fourteen (14) days of its receipt.

It is so ORDERED.

                                            Aleta A. Trauger
                                            United States District Judge